# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DANIEL D. RICHMOND, | |
| Plaintiff, | Case No. 1:17-cv-05780 |
| v. | Honorable Edmond E. Chang |
| PROCOLLECT, INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, DANIEL D. RICHMOND ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, PROCOLLECT, INC., without prejudice. Each party shall bear its own costs and attorney fees.

Dated: September 20, 2017

Respectfully Submitted,

/s/ *Marwan R. Daher*
Marwan R. Daher, Esq. #6325465
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630)575-8181 x109
Fax: (630)575-8188
mdaher@sulaimanlaw.com